IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-389-D

| | |
|---|---|
| DONNIE KING, SR., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KB INVESTMENTS & REALTY, LLC, et al., | ) |
| Defendants. | ) |

On August 10, 2011, Donnie King, Sr. ("plaintiff" or "King") filed suit (pro se) against fourteen defendants. The complaint is incoherent, devoid of plausible factual allegations, and contains references to inapplicable laws and barred claims. The complaint fails to comply with Rule 8 of the Federal Rules of Civil Procedure and fails to withstand defendants' various motions to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Accordingly, the court GRANTS the motions to dismiss [D.E. 23, 27, 47, 50, 54, 55, 57, 59, 64]. The motion to stay discovery [D.E. 60] is DISMISSED as moot. The complaint is DISMISSED without prejudice.

SO ORDERED. This 4 day of January 2012.

JAMES C. DEVER III
Chief United States District Judge